UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GRADY DAVIS, JR.,

    Plaintiff,

v.        Case No: 8:17-cv-1463-T-36MAP

JULIANNE M. HOLT and LINDA SHALJANI,

    Defendants.
_____/

# ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Mark A. Pizzo on June 26, 2017 (Doc. 4). In the Report and Recommendation, Magistrate Judge Pizzo recommends that Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) be DENIED and that Plaintiff's Complaint (Doc. 1) be dismissed. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 4) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)    Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

(3) Plaintiff's Complaint (Doc. 1) is **DISMISSED**, as it fails to state a claim and amendment would be futile.

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on July 13, 2017.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Mark A. Pizzo
Counsel of Record